**FILED
IN CLERK'S OFFICE U.S.
DISTRICT COURT
E.D.N.Y.
\*DECEMBER 9, 2024 \*
BROOKLYN OFFICE**

MWG:PP
F. #2024R00900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

 - against -

URIEL KAYKOV,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. **24-CR-504**
(T. 49, U.S.C., § 46506(1); T. 18, U.S.C.,
§§ 113(a)(5), 2244(b) and 3551 et seq.)

**Judge Nina R. Morrison
Magistrate Judge Lara K. Eshkenazi**

THE GRAND JURY CHARGES:

COUNT ONE
(Abusive Sexual Contact in the Special Aircraft Jurisdiction of the United States)

   1. On or about June 15, 2022, on an aircraft in the special aircraft jurisdiction of the United States, to wit: aboard Delta Air Lines Flight Number DL 2257, which originated in Phoenix, Arizona and was bound for John F. Kennedy International Airport in the Eastern District of New York, the defendant URIEL KAYKOV did knowingly and intentionally engage in sexual contact with Jane Doe #1, an individual whose identity is known to the Grand Jury, without Jane Doe #1's permission.

   (Title 49, United States Code, Sections 46506(1); Title 18, United States Code, Sections 2244(b) and 3551 et seq.)

COUNT TWO
(Assault in the Special Aircraft Jurisdiction of the United States)

   2. On or about June 15, 2022, on an aircraft in the special aircraft jurisdiction of the United States, to wit: aboard Delta Air Lines Flight Number DL 2257, which originated in Phoenix, Arizona and was bound for John F. Kennedy International Airport in the Eastern

2

District of New York, the defendant URIEL KAYKOV did knowingly and intentionally assault Jane Doe #1, by offensively touching Jane Doe #1 without her permission.

(Title 49, United States Code, Section 46506(1); Title 18, United States Code, Sections 113(a)(5) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

By David Pitluck, Asst. U.S. Attorney
_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK