# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Sanket Bulsara | **DATE:** 12/19/2024 |
| **CLERK:** D.Wright | |
| **DOCKET #:** 24 CR 504 (NRM) | **LOG TIME:** 2:27-2:47pm |

**DEFENDANTS NAME:** Uriel Kaykov

| | | | |
|---|---|---|---|
| __x__ Present | ____ Not Present | __x__ Custody | ____ Bail |

**DEFENSE COUNSEL:** David Cohen

| | | | |
|---|---|---|---|
| ____ Court Appointed | ____ Federal Defender | ____ CJA | __x__ Retained |

**A.U.S.A:** Sean Fern on behalf of Philip Pilmar

| | |
|---|---|
| **INTERPRETER:** | **LANGUAGE:** |

Defendant arraigned on the: ___ Complaint __x__ Indictment ___ Superseding Indictment ___ Probation Violation

| | |
|---|---|
| __x__ Defendant pleads NOT GUILTY to ALL counts. | __x__ Defendants first appearance. |
| ____ Government Agent Sworn | __x__ Rule 5f warnings given to the govt. |
| ____ DETENTION HEARING Held. | __x__ BAIL HEARING Held. |

__x__ Bond set at $ **100,000**

**Defendant:** __x__ released ____ held pending satisfaction of bond conditions.

__x__ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody.   ____ Leave to reopen granted.

| | |
|---|---|
| ____ Temporary Order of Detention Issued. | ____ Bail Hearing set for |
| ____ Preliminary Hearing set for | ____ Preliminary Hearing waived by defendant |

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| | | |
|---|---|---|
| __x__ Order of Excludable Delay/Speedy Trial entered. | Start Date: 12/18/24/2024 | End Date: 1/16/2025 |

**Removal District:**   **Removal District Case Number:**

____ Removal (Rule 5) Proceeding held.

| | |
|---|---|
| ____ Identity hearing held | **Court:** ____ Orders removal ____ Denies Removal |
| ____ Defendant waives Identity hearing | ____ Defendant waives Preliminary hearing |

____ No bail application presented to the court. Commitment to the District entered.

____ Medical memo issued.

____ Defendant failed to appear; bench warrant issued.

__x__ Status conference set for **1/16/2024** @ **12 noon** before District Judge: Morrison

**Other Rulings:** The government and defense counsel consented to a bail application. The court granted the bail application.